850

No. 85-219. F. I. Corp., dba Fluidyne Instrumentation v. Bank of America, N. T. & S. A. C. A. 9th Cir. Certiorari denied.

No. 85-223. Aurand et al. v. United States. C. A. 3d Cir. Certiorari denied.

No. 85-226. Hackett v. Housing Authority of the City of San Antonio, Texas. C. A. 5th Cir. Certiorari denied.

No. 85-229. Sac and Fox Tribe of Indians of Oklahoma et al. v. Apex Construction Co., Inc., et al. C. A. 10th Cir. Certiorari denied.

No. 85-232. Patchett v. Patchett. App. Ct. Mass. Certiorari denied.

No. 85-233. Futura Development Corp. v. Centex Corp. et al. C. A. 1st Cir. Certiorari denied.

No. 85-235. Thrasher v. Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 85-238. Johanns v. United States. Ct. Mil. App. Certiorari denied.

No. 85-240. Chapman v. Smith Barney, Harris Upham & Co., Inc. C. A. 2d Cir. Certiorari denied.

No. 85-243. Service, Hospital, Nursing Home & Public Employees Union, Local 47 v. Commercial Property Services, Inc., et al. C. A. 6th Cir. Certiorari denied.

No. 85-247. Cranberg v. Consumers Union of United States, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 85-253. New York Marine Managers, Inc. v. Helena Marine Services et al. C. A. 8th Cir. Certiorari denied.